# United States District Court
## For The District of Columbia

**UNITED STATES OF AMERICA**

v.

**WILLIAM HEDGPETH**

**CRIMINAL COMPLAINT**

**(Name and Address of Defendant)**

CASE NUMBER:

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief.  Between on or about __February 2007 through on or about March 2008__ the defendant(s) did, (Track Statutory Language of Offense)

**knowingly transport in interstate commerce from the Commonwealth of Virginia to the District of Columbia, by means of a computer, images of child pornography.**

in violation of Title ___18___ United States Code, Section(s) ___2252A and 2256___.

I further state that I am ___**DETECTIVE TIMOTHY PALCHAK**___, and that this complaint is based on the following facts:

**SEE ATTACHED STATEMENT OF FACTS**

Continued on the attached sheet and made a part hereof:   ☒ Yes   ☐ No

Signature of Complainant
**DETECTIVE TIMOTHY PALCHAK**
**INTERNET CRIMES AGAINST CHILDREN**
     **TASK FORCE**
**METROPOLITAN POLICE DEPARTMENT**

Sworn to before me and subscribed in my presence,

_____ at _____Washington, D.C._____
Date                                                    City and State

_____        _____
Name & Title of Judicial Officer                     Signature of Judicial Officer

## STATEMENT OF FACTS

On Tuesday, February 20, 2007 your affiant, working in an undercover capacity in the District of Columbia and posing as an adult pedophile, entered the Yahoo! Fetish chat room utilizing the screen name "daughterlover_maryland".  Upon entering the chat room, your affiant was contacted by an individual utilizing the screen name "olderm_va", who initiated this contact in a Yahoo! private, one-on-one instant message chat room. The individual utilizing the screen name "olderm_va" described himself as a 5'10", 165 lbs, 55 year-old white male with brown hair, named "Bill" residing near Falls Church, VA. The individual utilizing the screen name "olderm_va" further stated that he was "very kinky and into preteen girls" (eight-nine years of age).  During the course of the communications your affiant informed the individual that he was sexually active with a fictitious preteen girl that he met through a prostitute.  The individual utilizing the screen name "olderm_va" asked many detailed questions of your affiant about the alleged sex acts that he had engaged in with the alleged preteen and expressed an interest in meeting this fictitious child.  No affirmative plans were made to meet this child for the purpose of having sex during these communications. This individual has requested to meet your affiant in a public place to exchange sexual favors with each other in order to assure that he was not a law enforcement officer.

During the course of the communications between the your affiant and "olderm_va" between February 2007 and March 2008, "olderm_va" transmitted approximately twenty files containing images depicting children who appear to be under the age of ten engaged in suggestive posing and engaged in sexual acts with adults through the use of Yahoo! Instant Messaging.  In one conversation he told your affiant that he lived alone. At all times that your affiant communicated on-line with "olderm_va", your affiant was at a location within the District

of Columbia.

During the course of the online communication between "olderm_va" and the your affiant on March 21, 2008, "olderm_va" provided his home telephone number to your affiant the purpose of discussing their sexual interests. On March 28, 2008 your affiant placed a very brief one party consensual telephone call to the telephone number provided by "olderm_va" and asked to speak with "Bill". A male stated that "it was not a good time to talk" An administrative subpoena was issued for the home telephone number provided by the individual utilizing the screen name "olderm_va" for identification purposes. Information provided from Verizon identified William G. Hedgepeth, residing at 2300 Pimmit Drive, #905, Falls Church, VA as the customer currently receiving service at the stated address, and providing cash payments for service. Further investigation determined through public and law enforcement database searches for the telephone number used by "olderm_va" and name of the individual obtained by means of the administrative subpoena, have confirmed that William G. Hedgepeth resides at 2300 Pimmit Drive #905, Falls Church, Virginia.

                                          Detective Timothy R. Palchak
                                          Metropolitan Police Department

Sworn and subscribed to before me this _____ day of April 2008,

                                          ALAN KAY
                                          United States Magistrate Judge