AO 468 (1/86) Waiver of Preliminary Examination or Hearing

# United States District Court  FILED

DISTRICT OF _WASH DC_

APR 1 1 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA

v.

William Hedspeth

**WAIVER OF PRELIMINARY EXAMINATION OR HEARING**
(Rule 5 or 32.1, Fed. R. Crim. P.)

Case Number: 08-243-m

I, _William Hedspeth_, charged in a (complaint) (~~petition~~) pending in this District with _possession and Transportation of Child Pornography_ in violation of Title _18_, U.S.C., _2252 3 2254_, and having appeared before this Court and been advised of my rights as required by Rule 5 or Rule 32.1, Fed. R. Crim. P., including my right to have a preliminary (examination) (hearing), do hereby waive (give up) my right to a preliminary (examination) (hearing).

_____
Defendant

4.11.08
Date

_____
Counsel for Defendant