IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 08-243-M (AK) |
| | ) | |
| WILLIAM HEDGPETH, | ) | |
| | ) | |
| | ) | |
| | ) | |

**FILED**

MAY 0 8 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## ORDER

Upon oral motion of Defendant, **WILLIAM HEDGPETH**, , it is hereby

ORDERED:

Defendant, **WILLIAM HEDGPETH**, shall be transferred from the D.C. Jail to the Correction Treatment Facility and held there until further order of the Court.

THE HONORABLE ALAN KAY
UNITED STATES MAGISTRATE JUDGE

Dated: May 7, 2008.

Copies to:
David W. Bos
625 Indiana Avenue, N.W.
Suite 550
Washington, D.C. 20004

United States Marshal for
The District of Columbia
333 Constitution Avenue, NW
Washington, D.C. 20001

Angela Schmidt
Office of the United States Attorney
for the District of Columbia
555 Fourth Street, N.W.
Washington, D.C. 20001

