U.S. Department of Justice
*United States Attorneys*

# United States District Court
# for the District of Columbia

**FILED**

JUL 0 9 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**UNITED STATES OF AMERICA**

v.

William Hidgpeth

Case No. 08-243

**ORDER**

_____ Upon oral motion of the _Defendant_____ to exclude _wyl 35_ days in computing the time within which an indictment must be filed in the instant case, the Court finds that the ends of justice are best served and outweigh the best interest of the public and the defendant in a speedy trial, and the Court (~~sets forth in writing~~) or (orally sets forth) its reasons in the record at this time, and it is hereby

**ORDERED**, that pursuant to the provisions of the "Speedy Trial Act of 1974" (Title 18, United States Code, § 3161(h)(8)(A)), that __35__ days be excluded in computing the time within which an indictment must be filed in the instant case.

No objection

_____
Defendant

_____
Defense Counsel

Angela S. George for
Angela Schmidt
Attorney for Government

_____
-(United States Judge)-
(United States Magistrate)

USA-D9 (Oct. 76)